AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| CHRISTOPHER SADOWSKI | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:19-cv-00671-SVW (FFMx) |
| JOSEPH CORTEZ; and DOES 1 through 10, inclusive | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH CORTEZ
7232 Niccoline LN
Charlotte, NC 28214-8054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mathew K. Higbee, Esq.
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 01/30/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00671-SVW ((FFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Cortez
was received by me on *(date)* 1/30/19 .

☒ I personally served the summons on the individual at *(place)* 7232 Niccoline Lane Charlotte, NC on *(date)* 1/31/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 150 for services, for a total of $ 150.00

I declare under penalty of perjury that this information is true.

Date: 2/5/19

Server's signature

Rick Francis - Process Server
Printed name and title

4100 CARMEL RD #277 CHARLOTTE NC 28226
Server's address

Additional information regarding attempted service, etc: