1 | Mathew K. Higbee, Esq., SBN 241380
2 | Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
3 | 1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
4 | (714) 617-8336
5 | (714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
6
7 | *Attorney for Plaintiff,*
CHRISTOPHER SADOWSKI
8

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CORTEZ; and DOES 1 through 10, inclusive,<br>Defendant. | Case: 2:19-cv-00671-SVW-FFM<br><br>**NOTICE OF SETTLEMENT** |

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. The Parties are currently finalizing the settlement agreement and Plaintiff requests that the parties be given 30 days in which to finalize the agreement and perform their obligations at which time Plaintiff will file a dismissal.

Dated: March 8, 2019                Respectfully submitted,

/s/ **Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6729 facsimile
*Counsel for Plaintiff*